Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Ronald C. Oldham* for petitioners. *The Attorney General* for the United States.

---

No. 863. MARY KURAS, ADMINISTRATRIX, ETC., *v.* MICHIGAN CENTRAL RAILROAD COMPANY. February 2, 1925. Petition for a writ of certiorari to the Court of Appeals of Lucas County, State of Ohio, denied. *Mr. Frank S. Monnett* for petitioner. No appearance for respondent.

---

No. 226. SALLIE CANARD *v.* R. E. SNELL, JR., ET AL. Error to the Supreme Court of the State of Oklahoma. March 2, 1925. Petition for writ of certiorari herein denied. *Mr. Lewis C. Lawson* for plaintiff in error. *Mr. Joseph C. Stone* for defendant in error. See *ante*, p. 578.

---

No. 780. JACQUES ROUSSO *v.* REUBEN E. BARBER ET AL. March 2, 1925. Petition for a writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Joshua R. H. Potts* and *Mr. George B. Parkinson* for petitioner. *Mr. Moseley Arthur Keller* for respondent.

---

No. 824. OLIVER AMERICAN TRADING COMPANY, INC., *v.* GOVERNMENT OF THE UNITED STATES OF MEXICO ET AL. March 2, 1925. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Robert F. Greacen* and *Mr. Alfred Hayes* for petitioner. *Mr. Jerome S. Hess* and *Mr. Harold B. Elgar* for respondents.

---

No. 831. WILLIAM J. READ *v.* UNITED STATES. March 2, 1925. Petition for a writ of certiorari to the Court of